# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

RODNEY JESSE ANDERSON,

        Defendant.

Case No. 3:16-cr-00056-SLG

## ORDER

On January 23, 2018, Defendant Rodney Anderson filed a motion under 28 U.S.C. § 2255 (Docket 194). The Court subsequently appointed counsel for Mr. Anderson (Docket 196). On July 27, 2018, at Docket 205, counsel filed a Brief of No-Merit Pursuant to *Anders v. California.*[1] Accordingly, IT IS ORDERED that counsel's motion to withdraw as set forth in that *Anders* filing is GRANTED. IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of the Supplemental *Anders* brief at Docket 205 to Mr. Anderson with this order.

The Court has reviewed Mr. Anderson's motion and memorandum in support that he filed at Docket 194 and Docket 195, respectively. IT IS ORDERED that Mr. Anderson may file a supplemental memorandum addressing the merits of his pending Section 2255 motion on or before **October 22, 2018**. The Court will then undertake a" "full examination of all the proceedings, to decide whether the case is wholly frivolous."[2]

---

[1] 386 U.S. 738 (1967).

[2] *Anders*, 386 U.S. at 744.

IT IS FURTHERED ORDERED that the order entered at Docket 196 is AMENDED as follows: The United States is not required to file a response to the motion at Docket 194 unless and until the Court otherwise orders.[3]

Also before the Court at Docket 206 is Defendant Anderson's Motion to Accept Late Filed Notice of Appeal, filed on August 27, 2018. The Government filed an opposition to that motion at Docket 207. In the motion, Mr. Anderson asserts that he mailed a notice of appeal to the court on June 14, 2017, over one year ago, but he "just recently learned that the case never was docketed."[4] The Court notes that Mr. Anderson has filed two Section 2255 motions, one of which was later withdrawn,[5] the other which is currently pending (Docket 194) and addressed above in this order. In neither motion did Mr. Anderson indicate that he had attempted to pursue an appeal with the Ninth Circuit in June 2017. To the contrary, in his January 23, 2018 motion, which Mr. Anderson certified was true and correct under penalty of perjury, he clearly indicated that he had <u>not</u> appealed from the Court's judgment in this case.[6] Accordingly, the motion at Docket 206 is DENIED.[7]

DATED this 1st day of October, 2018 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[3] *See* Rules Governing Section 2255 Proceedings, Rule 5.

[4] Docket 206 at 1.

[5] Docket 186, 189, 190.

[6] Docket 194 at 2.

[7] Moreover, in the parties' Plea Agreement, which the Court accepted, Mr. Anderson expressly waived his right to appeal the judgment and sentence. *See* Docket 136 (Plea Agreement) at 11-12.

Case No. 3:16-cr-00056-SLG-DMS, *United States v. Anderson*
Order
Page 2 of 2